No. 84–6384. THOMAS *v.* KADISH ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–6398. HARGRAVE *v.* LANDON ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–6432. FULTON ET AL. *v.* COLLINS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 84–6452. LECROY *v.* FLORIDA; and
No. 84–6475. LECROY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: 461 So. 2d 88.

No. 84–6469. GAST *v.* YOUNG, WARDEN. Sup. Ct. Wis. Certiorari denied.

No. 84–6500. RODGERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–6544. REDDICK *v.* CALLAHAN, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK. C. A. 1st Cir. Certiorari denied.

No. 84–6578. SLOANE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–6610. RANDOLPH *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 84–6631. SIMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6706. AVERY *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 84–6710. ALSTON *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 84–6747. REED *v.* WISCONSIN DEPARTMENT OF HEALTH AND SOCIAL SERVICES, DIVISION OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.